UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MEDRANO

           Plaintiff,                    No. C 06-02212 MHP

  v.                                       **ORDER**

COMMISSIONER OF SOCIAL SECURITY

           Defendant.

_____/

On March 28, 2006 Plaintiff Jose Medrano filed a complaint in this court for review of a decision denying a claim for benefits under the Social Security Act. Plaintiff failed to timely execute service of process within 120 days pursuant to Fed. R. Civ. P. 4. On April 3, 2006 the court issued an order granting plaintiff's motion for leave to proceed in forma pauperis and directing plaintiff to effectuate service. Plaintiff has failed to comply with the court's order to have service of process executed, and a period of more than 120 days has expired. Therefore, the court orders plaintiff to show why the court should not dismiss this case. Plaintiff must comply with this order in writing no later than October 17, 2006.

Dated: September 22, 2006

                                                                MARILYN HALL PATEL
                                                                Judge
                                                                United States District Court
                                                                Northern District of California